**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>KENJI NIKO SIMMONS,<br><br>　　　　　Defendant. | 3:10-cr-052-RRB-JDR<br><br>**ORDER REGARDING<br>MOTION TO RELEASE<br>EVIDENCE FOR TESTING**<br><br>(Docket No. 25) |

　　　　Defendant moves for an Order Releasing Drug Evidence for Defense Testing. Docket 25. The government opposes the motion, Docket 27. The defendant filed a reply at Docket 29.

　　　　After due consideration of defendant's Motion for an Order Releasing Drug (Crack Cocaine) Evidence for Defense Testing, the court GRANTS the motion. The items of evidence are either in the possession and/or control of the Federal Bureau of Investigation or the Anchorage Police Department. They have evidence identification numbers 783601 and 1B115.

Defendant will pay the costs of transporting the evidence to Intermountain Forensic Laboratories; such testing as is desired; and its return in such a manner as to not impair the chain of custody.

As the trial is still scheduled for Monday, August 23, 2010, with a pretrial conference set for August 20, 2010 before the assigned district judge, **the evidence may not be moved from its present location before August 20, 2010,** as that would almost certainly de facto cause the trial to be postponed – something this court is neither empowered nor disposed to do. Counsel should be prepared on August 20, 2010 to advise of the exact period of time needed to undertake the belated retesting and retrieve the subject evidence.

DATED this 17th day of August, 2010, at Anchorage, Alaska.

    /s/ Michael A. Thompson
MICHAEL A. THOMPSON
United States Magistrate Judge